# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151762 & (20)

MARK COOPER,
          Plaintiff-Appellant,

v

RAYMOND D. COMER, CAROLYN
COMER, NEW ONONDAGA
DRAGWAY, LLC, and DANIEL L.
PRANSHKA,
          Defendants-Appellees,

and

ONONDAGA TOWNSHIP,
          Intervening Party-Appellee.

SC: 151762
COA: 327737
Ingham CC: 13-001193-ND;
14-000649-ND

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 12, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2015


          Clerk

d0623